**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00586-CV

## IN RE RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02152**

## ORDER
Before Justices FitzGerald, Lang, and Myers

The Court has before it relator's November 20, 2013 letter in which relator asserts the trial court is in violation of this Court's order of July 12, 2013. Relator asks that this Court issue a mandate ordering the trial court to comply with this Court's order or, alternatively, order the Dallas County District Clerk to release the funds that were the subject of the mandamus action. The Court will treat relator's letter as a motion.

After reviewing the record before us, we conclude the trial court's August 12, 2013 order complies with this Court's July 12, 2013 order. Any complaint relator has regarding a different or subsequent action by the trial court must be challenged by a new petition for writ of mandamus. Accordingly, we **DENY** relator's November 20, 2013 motion.

/s/     LANA MYERS
          JUSTICE